AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Trumble, Robert W. | U.S.District Court for the Northern District of WV | 05/11/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

217 W. King Street
Room 207
Martinsburg
West Virginia 25401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989 | McNeer, Highland, McMunn and Varner L.C.: By-laws/operating agreement containing terms of a shareholders buy-out upon retirement/departure. No control. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | McNeer, Highland, McMunn and Varner, L.C. Income received pursuant to by-laws/operating agreement for shareholder buy-out upon retirement/ departure | $122,710.75 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Berkeley County Board of Education: Compensation as a Teacher, Department Chair and Referral Agent |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | K |
| 2. | BB&T | Mortgage on Rental Property #1, Morgantown, WV (Pt VII, line 41) | K |
| 3. | BB&T | Mortgage on Rental Property #2, Oakland, MD (Pt VII, line 42) | N |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trumble, Robert W. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Savings Bonds | A | Interest | K | T | | | | | |
| 2. Branch Banking and Trust (BB&T) Account (Y) | | | | | | | | | |
| 3. Royalty Interest, Taylor County, WV Alliance Petroleum Corportation | A | Royalty | J | W | | | | | |
| 4. Northwestern Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 5. Northwestern Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 6. Gamervision, Inc. Stock | | None | L | W | | | | | |
| 7. Huntington Bankshares Incorporated Common Stock (HBAN) | A | Dividend | J | T | | | | | |
| 8. Huntington Bank IRA (H) | | | | | | | | | |
| 9. 1 year renewable CD | A | Interest | J | T | | | | | |
| 10. Ameriprise Financial IRA (H) | | | | | | | | | |
| 11. Columbia Acorn International (LAIAX) | A | Dividend | K | T | | | | | |
| 12. Columbia Contrain Core (LCCAX) | A | Dividend | K | T | | | | | |
| 13. Columbia LTD Duration (ALDAX) | B | Dividend | L | T | | | | | |
| 14. Delaware Mid Cap Value (DDVAX) | A | Dividend | K | T | | | | | |
| 15. Loomis Strat Income (NFEZX) | B | Dividend | L | T | | | | | |
| 16. MFS Emerging Markets Debt (MEDAX) | B | Dividend | K | T | | | | | |
| 17. Oppenheimer International Growth (OIGAX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trumble, Robert W. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Thornburg Strat Income (TSIAX) | B | Dividend | L | T | | | | | |
| 19. Wells Fargo Premier Advantage (EKJAX) | A | Dividend | K | T | | | | | |
| 20. F/T LC Value ETF (FTA) | A | Dividend | K | T | | | | | |
| 21. IShares Short Dur ETF (CSJ) | B | Dividend | L | T | | | | | |
| 22. Rev Shares Small Cap EFT (RWJ) | A | Dividend | K | T | | | | | |
| 23. Rydex Guggenheim S&P 500 ETF (RSP) | A | Dividend | K | T | | | | | |
| 24. Rydex Guggenheim Equal Weighted S&P ETF (RPG) | A | Dividend | K | T | | | | | |
| 25. Wisdom Tree Mid Cap Earnings ETF (EZM) | A | Dividend | K | T | | | | | |
| 26. SPDR Bloomberg Barclays Aggregate Bond ETF (BNDS) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 27. Cash Sweep-Ameriprise Insured Money Market (AIMMA) | A | Interest | J | T | | | | | |
| 28. Columbia Small Cap Index Cl A (NMSAX) | A | Dividend | K | T | | | | | |
| 29. JT Ameriprise Brokerage (H) | | | | | | | | | |
| 30. Wells Fargo Growth Advantage (SGRAX) | A | Dividend | J | T | | | | | |
| 31. Cash Sweep- Ameriprise Insured Money Market (AIMMA) (Y) | | | | | | | | | |
| 32. Ameriprise Cash (X) | | None | J | T | | | | | |
| 33. West Virginia Teachers' Defined Contribution Plan | B | Dividend | M | T | | | | | |
| 34. Rental Property #1, Morgantown, WV (X) | B | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trumble, Robert W. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Rental Property #2, Oakland, MD | A | Rent | O | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trumble, Robert W. | 05/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.) Part II, page 1, line 1 - Pursuant to the terms of the shareholder agreement, I receive a buy-out of my interest in the firm and compensation for legal services rendered before becoming a United States Magistrate Judge. The amount is a calculated amount and is to be paid over a period of years. The amount paid is not related to the firm's profits earned after my departure, but represents the value of my interest in the firm.

2.) Part VII, page 5, line 19 - This fund was identified on my Annual Report for the reporting period 01/01/2015 - 12/31/2015 as "Wells Fargo Premier Lg Growth (EKJAX)." Although it is the same fund, I identified the fund in my disclosure for this reporting period as "Wells Fargo Premier Advantage (EKJAX)" to aid in identification.

3.) Part VII, page 5, line 23 - This fund was identified on my Annual Report for the reporting period 01/01/2015 - 12/31/2015 as "Gugg S&P ETF (RSP)." Although it is the same fund, I identified the fund in my disclosure for this reporting period as "Rydex Guggenheim S&P 500 ETF (RSP)" to aid in identification.

4.) Part VII, page 5, line 24 - This fund was identified on my Annual Report for the reporting period 01/01/2015 - 12/31/2015 as "Gugg S&P Value ETF (RPG)." Although it is the same fund, I identified the fund in my disclosure for this reporting period as "Rydex Guggenheim Equal Weighted S&P ETF (RPG)" to aid in identification.

5.) Part VII, page 5, line 29 - This brokerage account was identified on my Annual Report for the reporting period of 01/01/2015 - 12/31/2015 as "(H) Ameriprise Financial Jt NQ Brokerage Account."

6.) Part VII, page 5, line 33 - This is a retirement account. I am not a joint owner of this account.

| Name of Person Reporting | Date of Report |
|---|---|
| Trumble, Robert W. | 05/11/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert W. Trumble**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544